# Court of Appeals
# of the State of Georgia

ATLANTA,  June 10, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1547. MICHAEL FLOYD STATHAM v. DESHAUN REQUEL DOW.**

The trial court entered an order finding defendant Michael Floyd Statham in default in this civil action on July 29, 2019, and it entered a default judgment against him in the amount of $475,786 on September 27, 2019. Statham subsequently filed a motion to open default and set aside the default judgment under OCGA §§ 9-11-55 (b) and 9-11-60 (d) (1). The trial court denied the motion, and Statham appealed directly to this Court. We lack jurisdiction.

In its September 27, 2019 order, the trial court did not merely find Statham in default; it entered a default judgment against him. Thus, Statham was not entitled to open default under OCGA § 9-11-55 (b) (Code section applies "[a]t any time before final judgment"). Statham was, however, authorized to seek to have the default judgment set aside under OCGA § 9-11-60 (d). But an appeal from an order denying a motion to set aside under this Code section must be taken by application for discretionary review. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Statham's failure to follow the required

appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,  06/10/2020*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*